### Commonwealth ex rel. Young *v.* Young, Appellant.

Argued June 14, 1973. *Lawrence Sager,* with him *Sager & Sager Associates,* for appellant; no oral argument was made nor brief submitted for appellee.

OPINION PER CURIAM: The order for support of appellant's minor child is reduced from $24.00 per week to $17.50 per week and affirmed as modified.

### Feusner, Appellant, *v.* Albert.

Argued June 13, 1973. *William R. Cooper,* with him *Stewart J. Greenleaf,* for appellant; *Robert G. Bricker,* with him *Souder and Rosenberger,* for appellees.

Order affirmed.

### Fraim, Appellant, *v.* Quakertown Area Joint School Authority.

Argued June 13, 1973. *R. Guzzardi,* with him *Sidney Bernstein,* and *Bernstein, Schlessinger and Fox,* for appellant; *Carl E. Esser,* with him *Townsend, Elliott & Munson,* for appellee.

Appeal quashed.